# In the United States Court of Federal Claims
**OFFICE OF SPECIAL MASTERS**
No. 17-1493V
Filed: July 27, 2018
UNPUBLISHED

|  |  |
|---|---|
| ANGELA B. COOPER,<br><br>　　　　　　　　Petitioner,<br>v.<br><br>SECRETARY OF HEALTH AND<br>HUMAN SERVICES,<br><br>　　　　　　　　Respondent. | Special Processing Unit (SPU);<br>Ruling on Entitlement; Concession;<br>Table Injury; Influenza (Flu) Vaccine;<br>Shoulder Injury Related to Vaccine<br>Administration (SIRVA) |

*Jeffrey A. Golvash, Brennan, Robins, & Daley P.C., Pittsburgh, PA,* for petitioner.
*Lynn Elizabeth Ricciardella, U.S. Department of Justice, Washington, DC,* for
　　respondent.

## RULING ON ENTITLEMENT[1]

**Dorsey**, Chief Special Master:

　　On October 11, 2017, petitioner filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*,[2] (the "Vaccine Act"). Petitioner alleges that she suffered a Table injury, shoulder injury related to vaccine administration ("SIRVA"), or, in the alternative, a SIRVA caused-in-fact by the influenza vaccine she received on October 16, 2015. Petition at 1, ¶ 9. Petitioner further alleges that she received the vaccination in the United States, suffered the residual effects of her injury for more than six months, and that neither she nor any other party has never received compensation for her injury, alleged as vaccine caused. *Id.* at ¶¶ 2, 9-10. The case was assigned to the Special Processing Unit of the Office of Special Masters.

---

[1] Because this unpublished ruling contains a reasoned explanation for the action in this case, the undersigned intends to post it on the United States Court of Federal Claims' website, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services). In accordance with Vaccine Rule 18(b), petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, the undersigned agrees that the identified material fits within this definition, the undersigned will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all "§" references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2012).

On July 27, 2018, respondent filed his Rule 4(c) report in which he concedes that petitioner is entitled to compensation in this case. Respondent's Rule 4(c) Report at 1. Specifically, respondent "has concluded that compensation is appropriate because petitioner's injury meets the requirements of a Table injury claim for SIRVA stemming from the flu vaccination administered on October 16, 2015." *Id.* at 3. Respondent further agrees that "petitioner has met the statutory requirements for entitlement to compensation." *Id.*

**In view of respondent's position and the evidence of record, the undersigned finds that petitioner is entitled to compensation.**

**IT IS SO ORDERED.**

<u>s/Nora Beth Dorsey</u>
Nora Beth Dorsey
Chief Special Master